Julia Sylva, SBN 109979
Martha E. Romero, SBN 128144
Jesus Hinojosa, SBN 341128
**Special Counsel**
**City of Baldwin Park**

**Law Offices of Julia Sylva, ALC**
2225 E. 28th Street, Suite 515
Signal Hill, CA 90755
t: 562.988.3225
e: *sylva@sylvalawcorp.com*
e: *romero@sylvalawcorp.com*
e: *hinojosa@sylvalawcorp.com*
Attorneys for Defendant,
CITY OF BALDWIN PARK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJCBP Corporation DBA Tier One Consulting, a California Corporation and David Ju, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK , A municipality; ROBERT NACIONALES TAFOYA, an individual; ANTHONY WILLOUGHBY II, an individual; RICARDO PACHECO, an individual; ISAAC GALVAN, an individual; MANUEL LOZANO; an individual; LOURDES MORALES, an individual; and does 1-50,<br><br>Defendants. | Case No.: 2:23-CV-00384<br><br>**DEFENDANT CITY OF BALDWIN PARK'S REQUEST FOR JUDICAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>Date:          March 27, 2023<br>Time:          10:00 a.m.<br>Courtroom:   8D<br>Action Filed:  January 18, 2023 |

**TO THE HONORABLE COURT, PLAINTIFFS, DEFENDANTS AND THEIR**

**ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 27, 2023, Defendants City of Baldwin Park, pursuant to

Federal Rule of Evidence 201 and in connection with the concurrently filed Motion to Dismiss,

will and hereby do respectfully request that the Court take judicial notice of the Baldwin

Municipal Code Section 127.08 a true and correct copy of which is attached as **Exhibit 1** to this

Request.

**MEMORANDUM OF POINTS AND AUTHORITIES**

"Although generally the scope of review on a Motion to Dismiss for failure to state a

claim is limited to the Complaint, a court may consider evidence on which the "complaint

'necessarily relies' if: (1) the complaint refers to the document; (2) the document is central to the

plaintiffs' claim; and (3) no party questions the authenticity of the copy attached to the 12(b)(6)

motion." *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010). Courts may

"judicially notice a fact that is not subject to reasonable dispute," because it "can be accurately

and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R.

Evid. 201(b). Under the doctrine of incorporation by reference, a court may also consider

documents "whose contents are alleged in a complaint and whose authenticity no party questions,

but which are not physically attached to the [plaintiffs'] pleading" on a motion to dismiss. *In re*

*Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999), *superseded by statute on*

*other grounds as stated in In re Quality Sys., Inc. Litig.*, 865 F.3d 1130, 1146 (9th Cir. 2017).

**Exhibit 1** is judicially noticeable because the municipal code section is "incorporated by

reference in the complaint or upon which a complaint necessarily relies." *In re Kalobios Pharm.,*

*Inc. Sec. Litig.*, 258 F. Supp. 3d 999, 1003 (N.D. Cal. 2017). Exhibit 1 is the Baldwin Park

Municipal Code Section 127.08 and it is referred to in the Complaint at ¶¶ 29,31,

Respectfully, the Court should take judicial notice of the Municipal Code now attached hereto. For the foregoing reasons, Defendant Baldwin Park respectfully request the Court to take judicial notice of **Exhibit 1**.

Dated:  February 23, 2023                     **Law Offices of Julia Sylva, ALC**

                                              By: *Martha C. Romero*
                                              Julia Sylva,
                                              Martha E. Romero, and
                                              Jesus Hinojosa, Special Counsel for Defendant,
                                              CITY OF BALDWIN PARK

## DECLARATION OF JULIA SYLVA IN SUPPORT OF

## CITY OF BALDWIN PARK'S REQUEST FOR JUDICIAL NOTICE

I, Julia Sylva, declare:

1. I am an attorney licensed to practice law in the courts of California and the United States District Court for the Central District of California. I have personal knowledge of the facts stated herein. If called to testify, I could, and would, do so truthfully to the matters herein.

2. I represent the City of Baldwin Park in connection with the instant matter before the Court.

3. A true and correct copy of Municipal Code Section 127.08 is attached as **Exhibit 1** hereto.

   I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct. Executed on this 23rd day of February 2023 at Signal Hill, California.

*Julia Sylva*

Julia Sylva

# EXHIBIT 1.

## § 127.08 NO TRANSFER OR CHANGE IN OWNERSHIP OR LOCATION.

(A)   An owner who obtains a permit under this chapter may not sell, transfer, pledge, assign, grant an option, or otherwise dispose of his or her ownership interest in the commercial cannabis activity covered by any permit issued under this chapter without a written request deemed appropriate by Chief Executive Office of the city, or his/her designees, and City Council approved, fully executed and effective development agreement.

(B)   The licensed premises shall only be the geographical area that is specifically and accurately described in executed documents verifying lawful possession. No licensee is authorized to relocate to other areas or units within a building structure without first filing a change of location application, paying any applicable processing fees, and obtaining approval from the City Council, regardless of any possessory interest or right to possession to such additional space.

(Ord. 1400, passed 8-16-17; Am. Ord. 1403, passed 12-13-17; Am. Ord. 1408, passed 4-4-18; Am. Ord. 1460, passed 11-3-21)

**PROOF OF SERVICE**

**State of California**          )

**County of Los Angeles**          )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action. My business address is: 2225 E. 28th Street, Suite 515, Signal Hill, CA 90755; Phone:  562.988.3225.

On the date set forth below, I served the foregoing documents described as:

**REQUEST FOR JUDICIAL NOTICE  BY DEFENDANT CITY OF BALDWIN PARK IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES**

on all the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

(X)     **By E-mail or Electronic Transmission**:  I caused the documents to be sent to the persons at the email address listed above. I did not nor receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( )     **By U.S. Mail**, I caused said document to be placed in an envelope, with postage thereon fully prepaid at the mail drop in Signal Hill, California.

(X)     **By U.P.S.,** I caused said document  to be placed in an envelope, with payment thereon fully prepaid at the UPS drop box in Signal Hill, California.

( )     **By personal delivery**, I caused said document to be delivered to the above-named person at …

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.   Executed on February 23, 2023, at Whittier, California.

*Jesus Hinojosa*

JESUS HINOJOSA

## SERVICE LIST

<u>VIA ELECTRONIC MAIL NOTICE</u>

- Jovan L Blacknell
  jovan@fight4justice.com
- Kellen Isaiah Davis
  Kellen@fight4justice.com
- Shawna Shahnaz Nazari
  snazari@ssnlegal.com
- David G Torres-Siegrist
  dgts@icloud.com,DGTSLAW@GMAIL.COM

<u>VIA EMAIL</u>

- Marco Martinez,
  City Attorney, City of Baldwin Park
  marco.martinez@bbklaw.com

<u>VIA UPS</u>
- Judge Christina A. Snyder
  United States Courthouse
  350 W. First Street,
  Clerk's Office on the 4th Floor
  Los Angeles, CA 90012