Julia Sylva, SBN: 109979
José A. Pulido, SBN: 358895
**Law Offices of Julia Sylva, ALC**
2225 E. 28th Street, Suite 515
Signal Hill, CA  90755
Tel:  562.988.3225
*e: sylva@sylvalawcorp.com*
*e: pulido@sylvalawcorp.com*

Attorneys for Defendants,
CITY OF BALDWIN PARK, ROBERT NACIONALES
TAFOYA, RICARDO PACHECO, MANUEL LOZANO,
LOURDES MORALES

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK, a municipality; ROBERT NACIONALES TAFOYA, an individual; ANTHONY WILLOUGHBY II, an individual; RICARDO PACHECO, an individual; ISAAC GALVAN, an individual; MANUEL LOZANO; an individual; LOURDES MORALES, an individual; and DOES 1-50,<br><br>      Defendants. | Case No.:  2:23-cv-00384-CAS-PVC<br><br>[Honorable U.S. District Court Judge Christina A. Snyder, Presiding]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE INDICTMENTS, PLEA DEALS, AND RELATED MATERIALS**<br><br><br>Date:      August 6, 2025<br>Time:     10:00 a.m.<br>Courtroom: 8D<br>Location:  350 W. 1st Street, 8th Floor<br>            Los Angeles, California 90012 |
| CITY OF BALDWIN PARK, a municipality,<br><br>Counter-Claimants,<br><br>Vs.<br><br>DJCBP Corporation DBA Tier One Consulting, a California Corporation and David Ju, an individual; and DOES 1-10, inclusive.<br><br>Counter-Defendants | |

**CITY OF BALDWIN PARK'S MOTION IN LIMINE NO. 1**

1

**TO THE HONORABLE COURT, PLAINTIFFS, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 6, 2025 or as soon thereafter as may be heard before the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California 90012, Courtroom 8D, Defendant THE CITY OF BALDWIN PARK ("City"), ROBERT NACIONALES TAFOYA, an individual, RICARDO PACHECO, an individual, MANUEL LOZANO, an individual, and LOURDES MORALES, an individual, (collectively "Defendants") and through the undersigned attorney of record, will, and hereby does move this Honorable Court in limine for the following:

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 10, 2025.

This motion is based on this Notice of Motion and Motion and such other matters as may properly come before the Court.

Dated: July 10, 2025                                        **Law Offices of Julia Sylva, ALC**

*Jose Pulido*

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al.

///

///

///

///

///

///

///

///

///

///

---

**CITY OF BALDWIN PARK'S MOTION IN LIMINE NO. 1**
2

## MEMORANDUM OF POINT AND AUTHORITIES

Defendant CITY OF BALDWIN PARK ("City" or "Defendant" herein), hereby submits this Memorandum on Points and Authorities in support of its Motion *in limine* No. 1.

### I.    INTRODUCTION

Plaintiffs' strategy, from the outset through numerous amended complaints, is to attempt to form an improper connection between indictments/plea deals concerning officials of the City of Baldwin Park (relating to bribery) and the unrelated matters of this case, which involve entering into a contract for a cannabis business.

### II.    ARGUMENT

The Court has already reviewed the numerous complaints, ending with the Third Amended Complaint (Docket No 70), and its citation to irrelevant indictments and related publications, finding them not to be relevant to this case.

> "It does not appear to the Court that Galvan's indictment or paragraphs 175 and 204-05 are pertinent to any of plaintiffs' claims. Rather, these allegations appear to be superfluous. While the Court declines to strike paragraphs 24-25 from the TAC, it finds that it would be appropriate to strike Exhibits G (Chavez plea deal) and H (Pacheco plea deal). Accordingly, the Court GRANTS IN PART and DENIES IN PART defendants' motions to strike, and strikes paragraphs 175, 204-05, 376, and Exhibits G, H, and I from the TAC.)" (Docket No. 91, at 21.)

Indictments and separate plea deals on unrelated matters are overly prejudicial under Federal Rule of Evidence 403, where their probative value is outweighed by danger of unfair prejudice. Fed. R. Evid. 403. Here Plaintiffs' entire case is built upon the foundation of using such overt prejudice, including the stricken materials of Exhibits G, H, and I in the TAC to bias and confuse the jury against Defendants, many of whom are not part of such plea deals or indictments, including Morales.

### CONCLUSION

The Court should not allow the indictments and plea deals on unrelated matters to bias the jury against the Defendants. The Court should require Plaintiff's to submit a new "conform copy" Complaint that conforms to the Court's order in Docket No. 91 (and earlier orders), where the numerous stricken materials are removed. This would simply adopt the prior rulings of the Court to the operative pleading.

Dated: July 10, 2025                    **Law Offices of Julia Sylva, ALC**

*Jose Pulido*

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al

---

**CERTIFICATE OF COMPLIANCE L.R. 11-6.1.**

The undersigned counsel of record for Plaintiffs certifies that this brief contains 743 words, less than 7,000 words which complies with the word limit of L.R. 11-6.1.

Dated: July 10, 2025                                    **Law Offices of Julia Sylva, ALC**

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of records and interested parties thorough this system.

Dated: July 10, 2025                          **Law Offices of Julia Sylva, ALC**

*Jose Pulido*

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al

---

**CITY OF BALDWIN PARK'S MOTION IN LIMINE NO. 1**
5