Julia Sylva, SBN: 109979
José A. Pulido, SBN: 358895
**Law Offices of Julia Sylva, ALC**
2225 E. 28th Street, Suite 515
Signal Hill, CA 90755
Tel: 562.988.3225
*e: sylva@sylvalawcorp.com*
*e: pulido@sylvalawcorp.com*

Attorneys for Defendants,
CITY OF BALDWIN PARK, ROBERT NACIONALES TAFOYA, RICARDO PACHECO, MANUEL LOZANO, LOURDES MORALES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual,

Plaintiffs,

vs.

CITY OF BALDWIN PARK, a municipality; ROBERT NACIONALES TAFOYA, an individual; ANTHONY WILLOUGHBY II, an individual; RICARDO PACHECO, an individual; ISAAC GALVAN, an individual; MANUEL LOZANO; an individual; LOURDES MORALES, an individual; and DOES 1-50,

Defendants.

CITY OF BALDWIN PARK, a municipality,

Counter-Claimants,

Vs.

DJCBP Corporation DBA Tier One Consulting, a California Corporation and David Ju, an individual; and DOES 1-10, inclusive.

Counter-Defendants

Case No.: 2:23-cv-00384-CAS-PVC

[Honorable U.S. District Court Judge Christina A. Snyder, Presiding]

**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE ALL DOCUMENTS OR TESTIMONY RESPONSIVE TO DISCOVERY REQUESTS WHICH WERE NOT PRODUCED**

Date: August 6, 2025
Time: 10:00 a.m.
Courtroom: 8D
Location: 350 W. 1st Street, 8th Floor
Los Angeles, California 90012

**TO THE HONORABLE COURT, PLAINTIFFS, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 6, 2025 or as soon thereafter as may be heard before the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California 90012, Courtroom 8D, Defendant THE CITY OF BALDWIN PARK ("City"), ROBERT NACIONALES TAFOYA, an individual, RICARDO PACHECO, an individual, MANUEL LOZANO, an individual, and LOURDES MORALES, an individual, (collectively "Defendants") and through the undersigned attorney of record, will, and hereby does move this Honorable Court in limine for the following:

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 10, 2025.

This motion is based on this Notice of Motion and Motion and such other matters as may properly come before the Court.

Dated: July 10, 2025

**Law Offices of Julia Sylva, ALC**

Jose Pulido

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al.

///
///
///
///
///
///
///
///
///

**MEMORANDUM OF POINT AND AUTHORITIES**

Defendant CITY OF BALDWIN PARK ("City" or "Defendant" herein), hereby submits this Memorandum on Points and Authorities in support of its Motion *in limine* No. 3.

## I. INTRODUCTION

Discovery in this matter is closed as of July 16, 2025, as such all documents responsive to discovery requests are no longer admissible into trial under Federal Rules of Civil Procedure 37(c).

## II. ARGUMENT

FRCP 37(c) states, "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial…"

Therefore, all undisclosed or unprovided documents, witnesses, or evidence responsive to discovery responses shall not be allowed into trial for any purpose.

## CONCLUSION

The Court should not allow any undisclosed or unprovided documents, witnesses, or evidence that are responsive to prior discovery requests for any purpose.

Dated: July 10, 2025

**Law Offices of Julia Sylva, ALC**



Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al.

**CERTIFICATE OF COMPLIANCE L.R. 11-6.1.**

The undersigned counsel of record for Plaintiffs certifies that this brief contains 671 words, less than 7,000 words which complies with the word limit of L.R. 11-6.1.

Dated: July 10, 2025

**Law Offices of Julia Sylva, ALC**

Jose Pulido

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of records and interested parties thorough this system.

Dated: July 10, 2025

**Law Offices of Julia Sylva, ALC**

Jose Pulido

Julia Sylva,
José A. Pulido, Special Counsels for Defendants,
CITY OF BALDWIN PARK, et. al