JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT

| | |
|---|---|
| DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual<br>　　　　Plaintiffs,<br>　　　　vs.<br>CITY OF BALDWIN PARK, a municipality ROBERT NACIONALES-TAFOYA, an individual; ANTHONY WILLOUGHBY, II, an individual; RICARDO PACHECO, an individual; ISAAC GALVAN, an individual; MANUAL LOZANO, an individual; LOURDES MORALES, an individual and Does 1-50<br>　　　　Defendants<br><br>CITY OF BALDWIN PARK, a municipality,<br>　　　　Counter-Complainants,<br>　　　　vs.<br>DJCBP Corporation DBA Tier One Consulting, a California Corporation and David Ju, an individual; and ROES 1-10, inclusive. Counter-<br>　　　　Defendants. | Case No.: 2:23-CV-00384-CAS-PVCx<br><br>**JUDGMENT FOLLOWING JURY TRIAL AND ORDER ON JUDGMENT AS A MATTER OF LAW**<br><br><br><br><br><br><br><br><br><br>**Honorable Christina A. Snyder**<br>**U.S. District Court Judge** |

# JUDGMENT

In accordance with the jury's verdict in this matter rendered on September 16, 2025 (Dkt. 240), and the Court's order on defendants' renewed motion for judgment as a matter of law (Dkt. 260) the Court enters this final judgment as follows:

**It is hereby ORDERED AND ADJUDGED that:**

1. Judgment is entered in favor of plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual, and against defendant ROBERT TAFOYA in the amount of $1,600,000.00 on plaintiffs' claim for fraud.

2. Judgment is entered in favor of defendants MANUEL LOZANO and RICARDO PACHECO and against plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual, on plaintiffs' claim for fraud.

3. Judgment is entered in favor of defendant CITY OF BALDWIN PARK and against plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual, on plaintiffs' claim for negligence.

4. Judgment is entered in favor of counter-defendants DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual, and against counter-claimant CITY OF BALDWIN PARK on counter-claimant's claim for breach of contract.

5. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

The Court determines there is no just reason for delay and enters this final judgment pursuant to Federal Rule of Civil Procedure 54(b).

The Court retains jurisdiction over any motion for statutory expenses, reasonable attorneys' fees, prejudgment interest and costs, which motions shall be brought within 14 days of entry of this Judgment.

**IT IS SO ORDERED.**

Dated: November 6, 2025

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE