'O'

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation and DAVID JU, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK, a municipality ROBERT NACIONALES-TAFOYA, an individual; ANTHONY WILLOUGHBY, II, an individual; RICARDO PACHECO, an individual; ISAAC GALVAN, an individual; MANUAL LOZANO, an individual; LOURDES MORALES, an individual and Does 1-50,<br><br>Defendants.<br>CITY OF BALDWIN PARK, a municipality,<br><br>Counter-Complainants,<br><br>vs.<br><br>DJCBP Corporation DBA Tier One Consulting, a California Corporation and David Ju, an individual; and ROES 1-10, inclusive.<br><br>Counter-Defendants. | **Case No.: 2:23-CV-00384-CAS-PVCx**<br><br>**AMENDED JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Honorable Christina A. Snyder**<br>**U.S. District Court Judge** |

1

AMENDED JUDGMENT

## JUDGMENT

In accordance with the jury's verdict in this matter rendered on September 16, 2025 (Dkt. 240), the Court's order on defendants' renewed motion for judgment as a matter of law (Dkt. 260), the Court's order on plaintiffs' motion for prejudgment interest (Dkt. 286), and the Court's order on plaintiffs' motion for attorneys' fees and costs (Dkt. 288), the Court enters this final judgment as follows:

**It is hereby ORDERED AND ADJUDGED that:**

1. Judgment is entered in favor of plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation, and DAVID JU, an individual, and against defendant ROBERT TAFOYA in the amount of $1,600,000.00 on plaintiffs' claim for fraud.

2. Plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation, and DAVID JU, an individual, shall recover prejudgment interest from defendant ROBERT TAFOYA on $1,190,000.00 at a rate of seven percent (7%) per annum from March 23, 2021, to the date of entry of final judgment.

3. Judgment is entered in favor of defendants MANUEL LOZANO and RICARDO PACHECO and against plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation, and DAVID JU, an individual, on plaintiffs' claim for fraud.

4. Judgment is entered in favor of defendant CITY OF BALDWIN PARK and against plaintiffs DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation, and DAVID JU, an individual, on plaintiffs' claim for negligence.

5. Judgment is entered in favor of counter-defendants DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation, and DAVID JU, an individual, and against counter-claimant CITY OF BALDWIN PARK on counter-claimant's claim for breach of contract.

6. Counter-defendants DJCBP CORPORATION DBA TIER ONE CONSULTING, a California Corporation, and DAVID JU, an individual, shall recover from counter-claimant CITY OF BALDWIN PARK attorneys' fees in the amount of $247,897.00 and costs in the amount of $4,037.04.

2

AMENDED JUDGMENT

7.  Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

The Court determines there is no just reason for delay and enters this final judgment pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**AMENDED JUDGMENT**